[No. 6742-4-III.   Division Three.   October 31, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT McCRACKEN, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. C-2154, Ted Kolbaba, J., entered Septem-

ber 4, 1984. *Affirmed* by unpublished opinion per Thompson, J., concurred in by McInturff, A.C.J., and Munson, J.